IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DALZIEL DALZEAL LLC, d/b/a Dalziel Law Firm, and CHARLES M. DALZIEL, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSHUA MELLBERG, JOSHUA DAVID MELLBERG LLC, and DICKINSON WRIGHT PLLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-0377-MHC |

## ORDER

Based on the notification to the Court that Plaintiffs and Defendants Joshua Mellberg and Joshua David Mellberg LLC have resolved their dispute, it is hereby **ORDERED** that the Motion by Plaintiffs and Defendants Joshua Mellberg and Joshua David Mellberg LLC to dismiss Plaintiffs' claims against these two Defendants [Doc. 38] is **GRANTED**. Plaintiffs' claims against Defendants Joshua Mellberg and Joshua David Mellberg LLC are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Defendants Joshua Mellberg and

Joshua David Mellberg LLC's Motion to Dismiss [Doc. 17] is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 22nd day of September, 2021.

*/s/ Mark H. Cohen*
MARK H. COHEN
United States District Judge